UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No: 2:15 CR 94 |
| ) | |
| JOHN T. SPRINGER ) | |

## O R D E R

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE #16), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement (DE #12) pursuant to FED. R. CRIM. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offenses charged in Counts 1, 2, and 3 of the Indictment (DE #1) is now hereby **ACCEPTED**, and defendant is adjudged guilty of those offenses as charged therein. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: April 25, 2016

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT